## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Susan Pierson Sonderby

**Hearing Date:** June 30, 2009

**Bankruptcy Case No.** 09-15131

**Adversary No.**

**Title of Case:** James A Meredith

**Brief Statement of Motion:** Motion to Authorize High Ridge Partners, Inc., to Continue as Receiver

**Names and Addresses of moving counsel:** Jeffrey M Monberg
33 N. LaSalle, Ste 2412
Chicago, IL

**Representing:** Harris N.A.

## ORDER

The Motion to Authorize High Ridge Partners, Inc. to Continue as Receiver is set for a final hearing on July 14, 2009, at 10:00 a.m. The Agreed Interim Order authorizing High Ridge Partners, Inc. shall remain in effect pending final determination of the Motion. The Court will enter a Pre-Trial Order.

/s/ [signature]

6/11/99